No. 86–1139.   NEVILLE *v.* FINNERTY ET AL.   Ct. App. N. Y. Certiorari denied.

No. 86–1142.   MOODY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 86–1182.   BODWELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 86–1186.   SWIERKOWSKI ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 86–1189.   GEORGIUS *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 86–1195.   JOYCE *v.* COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied.

No. 86–5476.   BROWN *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 86–5483.   WHEADON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–5565.   JOVANOVIC *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.   C. A. 6th Cir.   Certiorari denied.

No. 86–5581.   WALTON *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 86–5657.   JEFFERIES *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 86–5741.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–5752.   LEWIS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.